JON M. SANDS
Federal Public Defender
**JAY A. MARBLE**
Assistant Federal Public Defender
State Bar No. 021202
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500, Fax: (520)879-7600
Attorney for Defendant
*jay_marble@fd.org*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SERGIO LOPEZ, ) <br> ) <br> Defendant. ) <br> ) | CR 10-00743-002-TUC-JMR <br><br> **SENTENCING MEMORANDUM** |

Defendant, Sergio Lopez, offers this Sentencing Memorandum for the Court's consideration at time of sentencing on November 5, 2010.

**RESPECTFULLY SUBMITTED:**   October 27, 2010.

JON M. SANDS
Federal Public Defender

*/s/ Jay A. Marble*
JAY A. MARBLE
Assistant Federal Public Defender

ECF copy to:

Karen Rolley, Esq.
Assistant U.S. Attorney

Patrick Heaney
U.S. Probation Officer

1

# MEMORANDUM

**1. PLEA AGREEMENT**

On March 14, 2010, Sergio Lopez was arrested at Nogales, Arizona after he failed to declare over $9,000 that he had on his person and was taking to Mexico.

Mr. Lopez entered into a written plea agreement with the government. Under the terms of the plea agreement, probation is available. The maximum sentence is 6 months prison.

Mr. Lopez respectfully asks the Court to accept his plea agreement and impose a sentence of probation.

**2. 18 U.S.C. §3553 FACTORS: THE NATURE AND CIRCUMSTANCES OF THE OFFENSE AND THE HISTORY AND CHARACTERISTICS OF THE DEFENDANT.**

    **A. CLIENT'S CIRCUMSTANCES**

Sergio Lopez is remorseful for his involvement in this case. He made a mistake, and now he wants to make amends for that mistake.

Mr. Lopez is a family man who has always worked to support his family. Although he was born in Dinuba, California, he spent several years of his young life in Mexico. When Mr. Lopez returned to the United States at the age of 18, he dedicated himself to working for a living. He has held several jobs, most recently working with his brother as a mechanic. He also purchases vehicles, fixes up the vehicle, and then sells the vehicle for a profit.

Mr. Lopez is married and has two children with his wife. Mr. Lopez also has two other children from different relationships. In addition to supporting his immediate family, Mr. Lopez also helps his parents financially. Mr. Lopez's mother and father do not work. His father is a retired construction worker, and his mother is a homemaker.

Mr. Lopez asks the Court to consider his circumstances when imposing sentence.

    **B. PRE-TRIAL RELEASE**

Since his arrest in March 2010, Mr. Lopez has been under the supervision of pre-trial services. Mr. Lopez has done well on pre-trial release. Good performance on pre-trial

release is a very good marker of how well an individual will perform on probation. Mr. Lopez has taken his conditions seriously, made all of his court hearings and appointments, and maintained very good contact with his attorney. In short, he has taken his pre-trial release very seriously, and he is a strong candidate for probation.

### C. PROBATION RECOMMENDATION

In the presentence report, the probation officer recommends 3 years of probation. Mr. Lopez agrees with this recommendation and respectfully asks the Court to give him an opportunity at probation. He will take a term of probation very seriously–much like he did his pre-trial release.

Mr. Lopez is regretful for the mistake that he made. He did not organize this trip to Mexico, but he did participate. It was a very risky proposition especially when he only stood to make a couple hundred dollars. It was a very poor decision, and he has learned from his mistake. He would like to keep his liberty, continue to work, and support his family.

**RESPECTFULLY SUBMITTED:**      October 27, 2010.

JON M. SANDS
Federal Public Defender

*/s/ Jay A. Marble*
JAY A. MARBLE
Assistant Federal Public Defender

ECF copy to:

Karen Rolley, Esq.
Assistant U.S. Attorney

Patrick Heaney
U.S. Probation Officer